**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GRANT E. BENTRUD, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 1:12-cv-1340-WTL-DML |
| | ) |
| BOWMAN, HEINTZ, BOSCIA & VICIAN, P.C., | ) ) |
| | ) |
|   Defendant. | ) |

## JUDGMENT

The Court having granted summary judgment in favor of the Defendant in the above cause, judgment is hereby entered in favor of the Defendant and against Plaintiff Grant E. Bentrud on all claims in the Plaintiff's Amended Complaint.

SO ORDERED: 05/27/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification